# PETITION UNDER 28 USC § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

**05 - 11103 PBS**

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions — Read Carefully*      MAGISTRATE JUDGE _Bowler_

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

RECEIPT # 500
AMOUNT $5
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK ____
DATE ____

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District | Massachusetts | |
|---|---|---|---|
| Name: RANDALL TRAPP | Prisoner No. W39296 | | Case No. |

Place of Confinement: MCI-Norfolk, P.O. Box 43, Norfolk, MA 02056

05 11103 PBS

Name of Petitioner (include name under which convicted): RANDALL TRAPP

V.

Name of Respondent (authorized person having custody of petitioner): LUIS SPENCER, Superintendent MCI-Norfolk

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __Middlesex Superior Court, 40 Thorndike Street, Cambridge, Massachusetts__

2. Date of judgment of conviction __October 20, 1987__

3. Length of sentence __life without the possibility of parole__

4. Nature of offense involved (all counts) __Murder__
   __Armed Robbery__
   __Larceny of Motor Vehicle__

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Judicial__

   (b) Result __Conviction affirmed__

   (c) Date of result and citation, if known __July 31, 1996__

   (d) Grounds raised __Violation of reciprocal discovery (due process, right to counsel, self-incrimination), due process (late disclosure), ineffective assistance of counsel, jury instruction on insanity error shifting burden to defendant and several other claims.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒      No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Middlesex Superior Court__

       (2) Nature of proceeding __new trial motion pursuant to M.R.Crim.P. 30__

       (3) Grounds raised __ineffective assistance of counsel (filed prior to direct appeal)__

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☒        No ☐

    (5) Result __denied__

    (6) Date of result __December 8, 1992__

(b) As to any second petition, application or motion give the same information:

    (1) Name of court __Middlesex Superior Court__

    (2) Nature of proceeding __new trial motion pursuant to M.R.Crim.P. 30__

    (3) Grounds raised __discovery of new evidence (due process 5th and 14th Amendment)__
        __violation of work-product and attorney-client confidence (6th and 14th Amendment)__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐        No ☒

    (5) Result __denied__

    (6) Date of result __June 27, 2002__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☒        No ☐
    (2) Second petition, etc.        Yes ☒        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: Order for reciprocal discovery violated Petitioner's right to due process and to counsel under the Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

Supporting FACTS (state *briefly* without citing cases or law) The trial court compelled the defendant to turn over irrelevant medical tests which the government used as a means of establishing mens rea. The Order violated the rules of discovery as well as due process, work-product and attorney-client priviledges and prejudiced the Petitioner at trial.

B.   Ground two: Newly discovered evidence exists which proves presence of brain injury in case where insanity claim depended on mental defect.

Supporting FACTS (state *briefly* without citing cases or law) PET Scans were not widely available at the time of trial. The Petitioner has had a PET Scan since the conviction was affirmed which showed an injury to the brain much more clearly than the CT Scans presented at trial over which experts argued.

(5)

AO 241 (Rev. 5/85)

    C.    Ground three: __Petitioner received ineffective assistance of counsel.__

        Supporting FACTS (state *briefly* without citing cases or law) __Trial counsel failed to present evidence of brain injury clearly and failed to communicate with experts denying Mr. Trapp of a defense.__

    D.    Ground four: ____

        Supporting FACTS (state *briefly* without citing cases or law) ____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)    At preliminary hearing ____

    (b)    At arraignment and plea ____

AO 241 (Rev. 5/85)

(c) At trial   David Skeels

(d) At sentencing   David Skeels

(e) On appeal   Charles Rankin

(f) In any post-conviction proceeding   Victoria L. Nadel

(g) On appeal from any adverse ruling in a post-conviction proceeding   Victoria L. Nadel

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒         No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐         No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☒         No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Signature of Petitioner