UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RANDALL TRAPP, )
    Petitioner )
)
V. ) Civil Action No.
)
LUIS SPENCER, Superintendent at MCI-NORFOLK, )
    Defendant ) 05-11103 PBS

## MOTION TO FILE IN FORMA PAUPERIS

The Petitioner respectfully moves this Honorable Court to permit his petition for Writ of Habeas Corpus to proceed *in forma pauperis*. As reason therefore, the Petitioner states that he has been assigned counsel by the committee for Public Counsel Services of Massachusetts in order to pursue this matter. He has been deemed to be indigent by the state and, in fact, has been an inmate in the Department of Correction for Massachusetts since 1981.

                RANDALL TRAPP
                By his attorney,

                */s/ Victoria L. Nadel*
                Victoria L. Nadel
                8 Winter Street
                Boston, MA 02108
                (617) 738-0474
                BBO# 630411