UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RANDALL TRAPP,
    Petitioner

V.

LUIS SPENCER, Superintendent at MCI-NORFOLK,
    Defendant

Civil Action No.

## MOTION FOR HEARING ON PETITION FOR HABEAS CORPUS

The Petitioner moves this Honorable Court to grant a hearing on his petition for habeas corpus pursuant to 28 U.S.C. sec. 2254 in the above-numbered matter. The Petitioner also respectfully prays that this Court order the Defendant to respond to his petition in a timely fashion.

RANDALL TRAPP
By his attorney,

_____
Victoria L. Nadel
8 Winter Street
Boston, MA 02108
(617) 738-0474
BBO# 630411