UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

Randall Trapp

        V.                        CA No.  05-11103-PBS

Luis Spencer

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, not including dispositive motions:

(C)        Referred for discovery purposes only.

(D)   **X**   Referred for Report and Recommendation on:

            ( ) Motion(s) for injunctive relief
            ( ) Motion(s) for judgment on the pleadings
            ( ) Motion(s) for summary judgment
            ( ) Motion(s) to permit maintenance of a class action
            ( ) Motion(s) to suppress evidence
            ( ) Motion(s) to dismiss
            (**X**) Post Conviction Proceedings: 2254 Petition for Writ of Habeas Corpus.
            See Documents Numbered:

(E)        Case referred for events only. See Doc. No(s).

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
            ( ) In accordance with Rule 53, F.R.Civ.P.
            ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions:

June 1, 2005                                                                By:    /s/ Robert C. Alba
Date                                                                             Deputy Clerk

**(Order of Reference - 05/2003)**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

Randall Trapp

        V.        CA No. 05-11103-PBS

Luis Spencer

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, *not* including dispositive motions:

(C)        Referred for discovery purposes only.

(D)   **X**   Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        (**X**) Post Conviction Proceedings: 2254 Petition for Writ of Habeas Corpus.
        See Documents Numbered:

(E)        Case referred for events only. See Doc. No(s).

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions:

June 1, 2005                      By:    /s/ Robert C. Alba
Date                                         Deputy Clerk

**(Order of Reference - 05/2003)**