```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

RANDALL TRAPP,
   Petitioner,

  v.                                            CIVIL ACTION NO.
                                                     05-11103-PBS

LUIS SPENCER,
Superintendent at
MCI-Norfolk,
   Respondent.

## ORDER TO ANSWER

**June 8, 2005**

**BOWLER, U.S.M.J.**

In accordance with the Rules Governing Section 2254 Cases in the United States District Courts, respondent Luis Spencer ("respondent") is hereby **ORDERED** to file an answer to the petition in the above-styled action within 20 days after receipt of this Order, exclusive of the day of receipt. Pursuant to Rule 4, a copy of the petition, all of the supporting papers and the civil cover sheet shall be served on respondent and the Attorney General for the Commonwealth of Massachusetts by certified mail.

The deadline for filing a dispositive motion or memorandum in opposition to the petition is July 18, 2005. In the event respondent chooses to oppose the petition by filing a dispositive motion or memorandum in opposition to the petition, respondent is also directed to address the substantive merits of each of the grounds in the petition in addition to or as an alternative to

any exhaustion defense or alleged procedural bar which respondent may choose to assert.  Respondent should file all necessary state court records including the state court transcripts of the trial.

/s/Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge