UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
RANDALL TRAPP,                              )
                                            )
                Petitioner,                 )
                                            )
v.                                          )        Civil Action No. 05-11103-PBS
                                            )
LUIS SPENCER,                               )
                                            )
                Respondent.                 )
_____)

### ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to July 22, 2005.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state court proceedings from the Middlesex County District Attorney's office. The district attorney's office is locating the files, which will speak to whether the petitioner has exhausted his state court remedies for the claims he now asserts.

3.      Petitioner's counsel assents to this motion.

2

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing

an answer or other responsive pleading in the above-captioned petition to July 22, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2832
BBO No. 561669

Dated: June 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon petitioner's counsel, at the address below on June 30, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to her as follows:

Victoria Nadel, Esq.
8 Winter Street
Boston, MA 02108

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General