```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

RANDALL TRAPP,
   Petitioner,

  v.                                    CIVIL ACTION NO.
                                                05-11103-PBS

LUIS SPENCER,
Superintendent at
MCI-Norfolk,
   Respondent.

## ORDER RE:
## MOTION FOR ENLARGEMENT OF TIME
## (DOCKET ENTRY # 7)

**July 1, 2005**

**BOWLER, U.S.M.J.**

    In an unopposed motion, respondent Luis Spencer ("respondent") requests an extension of time within which to file "an answer or other responsive pleading." (Docket Entry # 7). The present deadline to file an answer has passed. That date was 20 days after receipt of the June 8, 2005 Order to Answer. As also set forth in the Order to Answer, the deadline within which to file a dispositive motion is July 18, 2005.

    In support of the request to enlarge the time, respondent submits that he has requested the record of petitioner Randall Trapp's state court proceedings and that the Middlesex District Attorney's Office is in the process of locating the files "which will speak to the issue of whether the petitioner has exhausted his state court remedies." (Docket Entry # 7). Respondent is

reminded that the Order to Answer directed him to file a dispositive motion or opposition to the petition addressing "the substantive merits" of the petition in the event he wished to also address the exhaustion issue.  Inasmuch as respondent only seeks a brief extension of time, this court will allow an extension of both the time within which to file an answer and the deadline for filing a dispositive motion.  The motion (Docket Entry # 7) is therefore **ALLOWED** insofar as respondent is ordered to file an answer and to file any dispositive motion or opposition to the petition addressing the substantive merits of the petition on or before July 22, 2005.

/s/Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge