UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDALL TRAPP,<br>      Petitioner,<br><br>v.<br><br>LUIS SPENCER<br>      Respondent. | Civil Action No. 05-11103-PBS |

## RESPONDENT'S MOTION TO DISMISS
## PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer, hereby moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus filed by the petitioner Randall Trapp. As grounds therefor, the respondent states that the petition is time barred pursuant to 28 U.S.C. § 2244(d)(1). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

July 6, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on petitioner's counsel:

Victoria Nadel, Esq.
8 Winter Street
Boston, MA 02108

by first class mail, postage prepaid, on July 6, 2005.

/s/ Susanne G. Reardon
Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832