UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
RANDALL TRAPP,                  )
          Petitioner,           )
                                )
v.                              )          Civil Action No. 05-11103-PBS
                                )
LUIS SPENCER                    )
          Respondent.           )
_____)

## RESPONDENT'S MEMORANDUM OF LAW
## IN SUPPORT OF THE MOTION TO DISMISS

This memorandum is submitted in support of Luis Spencer's (the respondent)
Motion to Dismiss the habeas corpus petition filed by Randall Trapp (the petitioner) on the
ground that it is time-barred under 28 U.S.C. § 2244(d)(1).  The respondent has not
answered the petition and his remaining defenses are not briefed in light of this motion.[1]

## PRIOR PROCEEDINGS

On October 20, 1981, a Middlesex County grand jury returned indictments against
the petitioner for first degree murder.  See Superior Court docket sheets attached as
Exhibit 1, p. 2.  On October 29, 1987, a jury convicted the petitioner as charged, (Justice
J.P. Sullivan, presiding).    Exhibit 1, p. 9.  Judge Sullivan sentenced the petitioner to a
mandatory life sentence. *Id*.  On November 20, 1989 the petitioner moved to stay his
appeal pending a decision on a motion for new trial.  Exhibit 1, p. 10.  On December 8,

---

[1] Since it is clear from the face of the petition and the attached docket sheets that
it is time-barred, the respondent will not, in the interest of economy, answer the petition or
address any additional affirmative defenses.  Should this Court rule that the petition is not
time-barred, the respondent respectfully requests thirty days from the date of receipt of this
Court's order to answer the petitioner or file a supplemental memorandum which
addresses the additional affirmative defenses and/or the merits of the petition.

1992, the trial judge denied the petitioner's motion for new trial.  Exhibit 1, p. 10.  On July

31, 1996, the Supreme Judicial Court affirmed the denial of the motion for new trial and the

petitioner's conviction.  Exhibit 1, p.10.  *See Commonwealth v. Trapp*, 423 Mass. 356, 668

N.E.2d 327 (1996).

On July 31, 1997, the petitioner filed a motion for new trial which was denied without

a hearing on September 9, 1997.  Exhibit 1, pp. 10-11.  On October 16, 1997 the petitioner

filed an application for leave to appeal the denial of the motion for new trial in the single

justice session of the Supreme Judicial Court, pursuant to G.L. c. 278, § 33E.  See

Supreme Judicial Court docket sheets, attached hereto as Exhibit 2. p.1.  This application

remained on the docket of the SJC until October 5, 2001, when new counsel for the

petitioner filed an amended motion for new trial in the Superior Court.  Exhibit 1, p. 13;

Exhibit 2, p. 2.  The amended motion was denied without a hearing on June 27, 2002.

Mulligan, J.  Exhibit 1, p. 13.  On January 21, 2003 Judge Mulligan denied the petitioner's

motion to reconsider.  Exhibit 1, p. 13.  On April 27, 2004, the single justice of the SJC

(Cowin, J.) denied the application for leave to appeal the denial of the amended motion for

new trial.  Exhibit 2, p. 3.

The petitioner filed the instant habeas corpus petition on May 25, 2005.

## *ARGUMENT*

**I.    THE HABEAS CORPUS PETITION MUST BE DISMISSED WHERE IT IS BARRED
BY THE STATUTE OF LIMITATIONS.**

Pursuant to 28 U.S.C. § 2244(d), as amended by the AEDPA:

(1)    A 1-year period of limitation shall apply to an application for a
write of habeas corpus by a person in custody pursuant to the
judgment of a State court.  The limitation period shall run from
the latest of —

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

The petition in this case was filed on April 28, 2005. For purposes of the AEDPA, enacted on April 24, 1996, the petitioner had one year after his conviction became final by the conclusion of direct review, which includes a ninety day period after the SJC's decision in which he could have filed a petition for certiorari to the Supreme Court. § 2244(d)(1)(A). Thus, the petitioner's conviction became final on October 31, 1996. He then had one year, or until October 31, 1997 to file a habeas corpus petition or a post-conviction motion, which would have tolled the statute of limitations. See § 2244(d)(2). The petitioner filed a motion for new trial on July 31, 1997, nine months after the statute of limitations period began to

run. He sought leave to appeal the denial of the motion for new trial and this application was apparently pending in the SJC until October 5, 2001, when he filed an amended motion for new trial. The SJC denied leave to appeal the denial of that amended motion on April 27, 2004. At that point, the petitioner had three months remaining in the one year statute of limitations, or until July 27, 2004, to file a timely habeas corpus petition. He did not file his habeas corpus petition until May 25, 2005, ten months after the statute of limitations had expired. Therefore, his petition for habeas corpus is time-barred under the statute of limitations for habeas petitions set forth in 28 U.S.C. §2244(d), and must be dismissed.

## *CONCLUSION*

For the foregoing reasons, the petition for habeas corpus relief should be dismissed with prejudice.

Respectfully submitted,
THOMAS F. REILLY
Attorney General

/s/ Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

Date: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on petitioner's counsel:

Victoria Nadel, Esq.
8 Winter Street
Boston, MA 02108

by first class mail, postage prepaid, on July 6, 2005.

/s/ Susanne G. Reardon
Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Trapp, Randall W

Details for Docket: MICR1981-02948

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICR1981-02948 | **Caption:** | Commonwealth v Trapp, Randall W |
| **Entry Date:** | 10/20/1981 | **Case Status:** | Crim 1 (6B Cambridge) |
| **Status Date:** | 02/13/2003 | **Session:** | Disposed (appeal pending) |
| **Lead Case:** | NA | **Deadline Status:** | |
| **Trial Deadline:** | | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: MICR1981-02948

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Trapp | **First Name:** | Randall W |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

4 Attorneys Involved for Docket: MICR1981-02948

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Nadel | **First Name:** | Victoria L |
| **Address:** | 8 Winter St., 12th Floor | **Address:** | |
| **City:** | Boston | **State:** | MA |

| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-738-0474 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Trapp, Randall W (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Marchetti | **First Name:** | Frank P |
| **Address:** | *****DECEASED***** | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Trapp, Randall W (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA130 |
| **Last Name:** | Obligato | **First Name:** | Carlo A |
| **Address:** | 44 Bromfield Street | **Address:** | Suite 310-A |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-482-6212 | **Tel Ext:** | |
| **Fascimile:** | 617-988-8484 | **Representing:** | Trapp, Randall W (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | BROD06 |
| **Last Name:** | Hardoon | **First Name:** | Laurence E |
| **Address:** | 1 Exeter Plaza | **Address:** | 12th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02116 | **Zip Ext:** | |
| **Telephone:** | 617-880-7100 | **Tel Ext:** | |
| **Fascimile:** | 617-880-7171 | **Representing:** | Commonwealth, (Plaintiff) |

## Calendar Events

No Calendar Events found for Docket: MICR1981-02948.

There are currently no calendar events associated with this case.

## Full Docket Entries

512 Docket Entries for Docket: MICR1981-02948

| **Entry Date:** | **Paper No:** | **Docket Entry:** |
| 10/20/1981 | 1 | Indictment returned |

| | | |
|---|---|---|
| 10/26/1981 | 2 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 10/26/1981 | 2 | to the Master, House of Correction at Billerica. 11/3/81 |
| 10/26/1981 | 3 | Return of Service on Defendant |
| 11/03/1981 | 4 | Habe: returned w/service endorsed thereon. |
| 11/03/1981 | 5 | Defendant's Motion for appointment of counsel. Filed in Court. Motion |
| 11/03/1981 | 5 | Allowed. By the Court, Dwyer, J. |
| 11/03/1981 | 6 | Statement of Reasons for Assignment of Counsel. |
| 11/03/1981 | | Deft arraigned before Court |
| 11/03/1981 | | RE Offense 1:Plea of not guilty |
| 11/03/1981 | | Continued until November 24, 1981for conference. |
| 11/09/1981 | 7 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 11/09/1981 | 7 | to the Master, House of Correction at Billerica. 11/24/81 |
| 11/24/1981 | 8 | Habe: returned w/service endorsed thereon. |
| 11/24/1981 | | Continued until December 01, 1981- Remanded. |
| 11/25/1981 | 9 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 11/25/1981 | 9 | to the Master, House of Correction at Billerica. 11/30/81 |
| 11/30/1981 | | Defendant Remanded. |
| 12/01/1981 | 10 | Habeas Corpus returned w/service endorsed thereon. |
| 12/01/1981 | 11 | Pre-trial conference report.Filed in Court. |
| 12/01/1981 | 12 | Motion by Deft: to Inspect Evidencet. Filed in Court. Motion Allowed |
| 12/01/1981 | 12 | By the Court, (Dwyer, J.) |
| 12/01/1981 | 13 | Motion by Deft: To Inspect Statements of the defendant. Filed in |
| 12/01/1981 | 13 | Court. Motion Allowed, By the Court, (Dwyer, J.) |
| 12/01/1981 | 14 | Motion by Deft: To Be Permitted Expenses to Hire a Psychiatrist. |
| 12/01/1981 | 14 | Filed in Court. Motion Allowed. By the Court, (Dwyer, J.) |
| 12/01/1981 | 15 | Motion by Deft: to be Permitted Expenses to Hire an Investigator. |
| 12/01/1981 | 15 | Filed in Court. Motion Allowed, By the Court, (Dwyer, J.) |
| 12/01/1981 | 16 | Motion by Deft: to Examine Grand Jury Minutes or Records. Filed in |
| 12/01/1981 | 16 | Court. Motion Allowed, By the Court, (Dwyer, J.) |
| 12/01/1981 | 17 | Motion by Deft: to Inspect Statements of Commonwealth's Witnesses. |
| 12/01/1981 | 17 | Filed in Court. Motion Allowed, By the Court, (Dwyer, J.) |
| 12/01/1981 | 18 | Motion by Deft: for the Production of Police Department Reports. |
| 12/01/1981 | 18 | Filed in Court. Motion Allowed, By the Court, (Dwyer, J.) |
| 12/01/1981 | 19 | Motion by Deft: To Be Furnished with name and addresses of |
| 12/01/1981 | 19 | Commonwealth's Witnesses. Filed in Court. Motion Allowed. By the |
| 12/01/1981 | 19 | Court, (Dwyer, J.) |
| 12/01/1981 | 20 | Motion by Deft: For Copy of Autopsy Report. Filed in Court, Motion |
| 12/01/1981 | 20 | Allowed, By the Court, (Dwyer, J.) |
| 12/01/1981 | 21 | Motion by Deft: to be Furnished with Statements of Promises, Rewards |
| 12/01/1981 | 21 | or Inducements. Filed in Court. Motion Allowed, By the Court, (Dwyer, |
| 12/01/1981 | 21 | J.) |
| 12/01/1981 | | Continued until January 08, 1982 for status - Remanded. |
| 12/04/1981 | 22 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 12/04/1981 | 22 | to the Master, House of Correction at Billerica. 1/8/82 |

| | | |
|---|---|---|
| 01/08/1982 | | Continued until February 04, 1982 for status. |
| 01/18/1982 | 23 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 01/18/1982 | 23 | to the Master, House of Correction at Billerica. 2/4/82 |
| 02/12/1982 | | Continued until March 04, 1982 for status. |
| 03/04/1982 | | Continued until May 12, 1982 for tentative trial. |
| 05/14/1982 | 24 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 05/14/1982 | 24 | to the Master, House of Correction at Billerica. 5/17/81 |
| 05/17/1982 | | Defendant remanded, Continued until May 20, 1982 for report, request |
| 05/17/1982 | | of defendant |
| 05/20/1982 | | Continued until June 03, 1982 |
| 06/03/1982 | 25 | Motion by Commonwealth: to Compel Defendant to Submit to Examination |
| 06/03/1982 | 25 | by Independant Psychiatrist, filed in court, after hearing, motion |
| 06/03/1982 | 25 | allowed. By the Court, (Connolly, J.) |
| 06/03/1982 | 26 | Motion by Commonwealth: for Defendant's Psychiatric Records, filed in |
| 06/03/1982 | 26 | Court and referred to the trial judge. By the Court, (Connolly, J.) |
| 06/03/1982 | | Continued until July 29, 1982 for status. |
| 07/29/1982 | | Continued until September 13, 1982 for trial. |
| 09/20/1982 | 27 | List of Witnesses, filed in Court. |
| 09/20/1982 | 28 | List of interviews and witnesses - Norton Homicide, filed in Court. |
| 09/20/1982 | 29 | Motion by Commonwealth: for a View, filed in Court and allowed. |
| 09/20/1982 | 29 | (Pierce, J.) |
| 09/20/1982 | 30 | Commonwealth files proposed Jury Question, filed in Court. |
| 09/20/1982 | 31 | Deft's suggested question to the Jury, filed in Court. |
| 09/22/1982 | | Juror #85 Joseph Q. Preckal was excused from the panel by the Court. |
| 09/25/1982 | 32 | Motion by Commonwealth: to Sequester Psychiatric witnesses, filed in |
| 09/25/1982 | 32 | Court after hearing motion denied. By the Court, Pierce, J. |
| 09/25/1982 | 33 | Confidential Psychiatric Evaluation, filed in Court. (not to be |
| 09/25/1982 | 33 | released without approval of the court) |
| 09/29/1982 | 34 | Request for Jury Instructions, filed in Court. |
| 09/30/1982 | 35 | Commonwealth's Request for Jury Instructions, filed in Court. |
| 09/30/1982 | | Jurors 6-12 Harry Moy #8-9 Peter Anthony Dami #7-10 Judith Boyko were |
| 09/30/1982 | | excused from the panel after the judges charge and before |
| 09/30/1982 | | deliberation - accordance with General Laws, Chap. 234, Sec. 44. |
| 10/02/1982 | 36 | Verdict Slip. Verdict Guilty of Murder in the FIRST DEGREE. |
| 10/02/1982 | | Continued until October 25, 1982 for disposition. Defendant committed |
| 10/02/1982 | | into custody of Sheriff. |
| 10/07/1982 | 37 | Motion by Deft: for Required Finding of Not Guilty, Motion for New |
| 10/07/1982 | 37 | Trial. (copy to Judge Pierce) |
| 10/26/1982 | 38 | Defendant's Claim of Appeal from Finding by Jury. |
| 10/26/1982 | | Notice sent to Judge Pierce and John J. Droney, District Attorney. |
| 11/02/1982 | 39 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 11/02/1982 | 39 | to the Keeper of the Charles Street Jail at Boston. |
| 11/02/1982 | | Jane Browning, Court Reporter, is hereby notified to prepare one copy |
| 11/02/1982 | | of the Transcript of Evidence - Motions, December 1, 1981. |

| 11/02/1982 | | Theresa Vela Transcript of the Evidence of May 17, 1982. |
| 11/02/1982 | | Charles Lynch, Court Reporter is hereby notified to prepare one copy |
| 11/02/1982 | | of the Transcript of the Evidence of June 03, 1982. |
| 11/02/1982 | | Lila Moreau, Court Reporter is hereby notified to prepare one copy |
| 11/02/1982 | | of the Transcript of the Evidence - trial |
| 11/05/1982 | | Defendant's Motion (P#37) Motion denied. By the Court, (Pierce, J.) |
| 11/05/1982 | | (at Suffolk) |
| 11/05/1982 | 40 | Defendant files motion to continue, filed and Denied. By the Court, |
| 11/05/1982 | 40 | (Pierce, J.) (at Suffolk) |
| 11/05/1982 | 41 | Motion by Deft: to Either Continue or Stay Execution of Sentence, |
| 11/05/1982 | 41 | filed and Denied. By the Court, (Pierce, J.) (at Suffolk) |
| 11/05/1982 | 42 | Motion by Deft: to Committ to Bridgewater (G.L.C. 123, S.15(e)) filed |
| 11/05/1982 | 42 | and denied. By the Court, (Pierce, J.) (at Suffolk) |
| 11/05/1982 | | AT BOSTON: Sentence Massachusetts Correctional Institution, Walpole |
| 11/05/1982 | | for Life. Credit of 531 days. By the Court, (Pierce, J.) (see Minutes |
| 11/05/1982 | | from Suffolk Superior Court) Copy of Indictment mailed to |
| 11/05/1982 | | Superintendent, MCI, Walpole. |
| 11/08/1982 | | Defendant's motion (see #37) denial revoked.......By the Court, |
| 11/08/1982 | | (Pierce, J.) (at Suffolk) |
| 11/10/1982 | 43 | Mittimus Massachusetts Correctional Institution, Walpole, returned |
| 11/10/1982 | 43 | with service endorsed thereon. |
| 11/11/1982 | 44 | Mittimus committing defendant into custody of Sheriff, returned with |
| 11/11/1982 | 44 | service endorsed thereon. |
| 04/11/1984 | 45 | Two sets, one volume in each of the Transcript of Evidence delivered |
| 04/11/1984 | 45 | to the office of the Clerk of Courts this day. (Hearing December 1, |
| 04/11/1984 | 45 | 1981-Jane Browning) |
| 04/11/1984 | 46 | Two sets, one volume each of the Transcript of Evidence (Motion for |
| 04/11/1984 | 46 | Continuance May 17, 1983) delivered to the office of the Clerk of |
| 04/11/1984 | 46 | Courts this day. (Theresa M. Vela-Court Reporter) |
| 04/11/1984 | 47 | Two sets, one volume in each of the Transcript of Evidence delivered |
| 04/11/1984 | 47 | to the office of the Clerk of Courts this day. (June 3, 1982-Charles |
| 04/11/1984 | 47 | V. Lynch Court Reporter) |
| 04/11/1984 | 48 | Two sets, one volume in each of the Transcripts of Evidence |
| 04/11/1984 | 48 | (Pre-Trial Motions) delivered to the office of the Clerk of Courts |
| 04/11/1984 | 48 | this day. (Lilla Moreau-Court Reporter) September 13, 1982 |
| 04/11/1984 | 49 | Two sets, two volumes in each of the Transcript of Evidence (Jury |
| 04/11/1984 | 49 | Empanelment) delivered to the office of the Clerk of Courts this day. |
| 04/11/1984 | 49 | (September 20, 1982) (Lila Moreau-Court Reporter) |
| 04/11/1984 | 50 | Two sets, eight volumes in each of the Transcript of Evidence |
| 04/11/1984 | 50 | delivered to the office of the Clerk of Courts this day. (September |
| 04/11/1984 | 50 | 22, 23, 24, 25, 27, 28, 29, 30, 1982) Lila Moreau Court Reporter |
| 04/11/1984 | 51 | Two sets, two volumes in each of the Transcript of Evidence (Jury |
| 04/11/1984 | 51 | Deliberation and Verdict) delivered to the office of the Clerk of |
| 04/11/1984 | 51 | Courts this day.(Oct. 12, 1982) |

| | | |
|---|---|---|
| 04/11/1984 | 52 | Two sets, one volume in each of the Transcript of Evidence delivered |
| 04/11/1984 | 52 | to the office of the Clerk of Courts this day. (Lillian F. Hanron |
| 04/11/1984 | 52 | C.S.R. Court Reporter) (November 5, 1982) |
| 04/20/1984 | | Defendant's Motion for New Trial (P#37) denied (Pierce, J.). notice |
| 04/20/1984 | | sent to Attorney of Record and District Attorney. |
| 05/16/1984 | 53 | Deft Request for Appeal from Denial of Motion for Required Finding |
| 05/16/1984 | 53 | of Not Guilty and the Denial of Motion for a New Trial. |
| 05/22/1984 | | Notice sent to Judge Pierce and District Attorney. |
| 08/01/1984 | 54 | Notice of Assembly of the Record; two (2) certified copies of docket |
| 08/01/1984 | 54 | entries, two sets of the Transcript of Evidence; and List of Exhibits |
| 08/01/1984 | 54 | sent to the Clerk of the Supreme Judicial Court this day. |
| 08/01/1984 | | Notice of Assembly of record sent to Frank P. Marchetti and D.A. |
| 04/01/1985 | 55 | Motion by Deft: to Enlarge Psychiatric and Investigator Fees, filed |
| 04/01/1985 | 55 | in Court and ALLOWED. By the Court, Steele, J. |
| 12/16/1985 | 56 | Rescript: the judgments are reversed, the Verdicts set aside, and the |
| 12/16/1985 | 56 | cases are remanded for a New Trial. |
| 04/28/1986 | 57 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 04/28/1986 | 57 | to the Superintendent, MCI at Gardner. 5/2/86 |
| 05/05/1986 | 58 | Habeas Corpus returned with service endorsed thereon. |
| 05/05/1986 | | Defendant is ordered to be held without or Mainprise at MCI Gardner |
| 05/05/1986 | | without Prejudice. By the Court, Elam, J. |
| 05/05/1986 | | Continued until May 27, 1986 at 2:00 P.M. |
| 05/09/1986 | 59 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 05/09/1986 | 59 | to the Superintendent, MCI at Gardner. 5/27/86 |
| 05/27/1986 | 60 | Motion by Commonwealth: for Reciprocal Discovery, Filed in Court and |
| 05/27/1986 | 60 | Allowed. By Agreement as to A&C. B referred to Trial Judge. Discovery |
| 05/27/1986 | 60 | to be given by prior counsel. By the Court, (Elam, J.). |
| 05/27/1986 | | Continued until June 30, 1986 for Motions. |
| 05/27/1986 | 60 | Habeas Corpus returned with service endorsed thereon. |
| 05/30/1986 | 61 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 05/30/1986 | 61 | to the Superintendent, MCI at Gardner. 6/30/86 |
| 05/30/1986 | 62 | Mittimus - To Common Jail Returned with service endorsed thereon. |
| 06/23/1986 | 63 | Defendant's motion to suppress Testimony of Commonwealth Witnesses |
| 06/23/1986 | 63 | Obtained as a Result of Compulsory Disclosure of Defense Reports, |
| 06/23/1986 | 63 | with Supporting Affidavit, and Memorandum of Law. |
| 06/23/1986 | 64 | Motion by Deft: for Funds for Expert Witness, Dr. Frank Ervin, with |
| 06/23/1986 | 64 | Supporting Affidavit. |
| 06/23/1986 | 65 | Motion by Deft: for Funds for Expert Witness, Dr. Rothfarb, with |
| 06/23/1986 | 65 | Supporting Affidavit. |
| 06/30/1986 | 65 | Habeas Corpus returned with service endorsed thereon. |
| 06/30/1986 | | Continued until September 17, 1986 |
| 07/02/1986 | | Habeas corpus issued. 9/17/86 |
| 09/17/1986 | 66 | Habeas Corpus returned w/service endorsed thereon. |
| 09/17/1986 | | Defendant's Motion (P#64) allowed By the Court, (Mathers, J.). |

| | | |
|---|---|---|
| 09/17/1986 | | Defendant's Motion (P#65) allowed as to $800.00 Limit By the Court, |
| 09/17/1986 | | (Mathers, J.) |
| 09/17/1986 | 67 | Defendant's Affidavit In Support of Motion for Cat Scan, EEG and |
| 09/17/1986 | 67 | Other Tests. Filed in Court. |
| 09/17/1986 | 68 | Motion by Deft: For Funds For Cat Scan, EEG and Other Neurological |
| 09/17/1986 | 68 | Tests. Filed in Court. |
| 09/17/1986 | 69 | Defendant files motion to continue And Waiver of Rule 36 Rights. |
| 09/17/1986 | 69 | Filed in Court. |
| 09/17/1986 | | Continued until October 30, 1986 for status. |
| 09/24/1986 | 70 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 09/24/1986 | 70 | to the Superintendent, MCI at Gardner, 10/30/86 |
| 10/01/1986 | 71 | Motion by Deft: to Have Defendant Transported Under Guard To The Mark |
| 10/01/1986 | 71 | and Sabin Laboratories For Purpose of Testing. |
| 10/08/1986 | | Defendant's Motion (P#71) allowed By the Court, (Abrams, J.) |
| 10/30/1986 | 72 | Defendant files motion to continue and Waiver of Rule 36 Rights, |
| 10/30/1986 | 72 | filed in Court. |
| 10/30/1986 | | Continued until November 14, 1986 |
| 11/04/1986 | 73 | Request for writ of Habeas Corpus and Habeas Corpus to receive issued |
| 11/04/1986 | 73 | to the Superintendent, MCI at Gardner. 11/14/86 |
| 11/10/1986 | 74 | Motion by Deft: to Have Defendant Transported Under Guard to The Mark |
| 11/10/1986 | 74 | and Sabin Laboratories for the purposes of Testing, filed in Court |
| 11/10/1986 | 74 | and ALLOWED. By the Court, (Tuttle, J.) |
| 11/14/1986 | 75 | Habeas Corpus to receive returned with service endorsed thereon. |
| 11/14/1986 | | Continued until November 21, 1986 |
| 11/21/1986 | 76 | Motion by Deft: to have Defendant Transported under Guard to the Mark |
| 11/21/1986 | 76 | and Sabin Laboratories for Purposes of Testing, filed and allowed, By |
| 11/21/1986 | 76 | the Court, (Tuttle, J.) |
| 11/21/1986 | | Continued until December 10, 1986 for status. |
| 12/10/1986 | | Continued until December 29, 1986 |
| 12/10/1986 | 77 | Motion by Deft: for Court Order to Billerica House of Correction, |
| 12/10/1986 | 77 | filed and allowed. (Elam, J.) |
| 12/10/1986 | 78 | Motion by Deft: for Copy of Defendant's Record, motion filed and |
| 12/10/1986 | 78 | allowed. By the Court, (Elam, J.) |
| 12/10/1986 | 79 | Defendant files motion to continue and Waiver of Rule 36 Rights, |
| 12/10/1986 | 79 | filed in Court. |
| 12/10/1986 | | Continued until December 29, 1986 |
| 12/29/1986 | 80 | Defendant files motion to continue and Waiver of Rule 36 Rights. |
| 12/29/1986 | 80 | Motion Filed and Allowed. By the Court, (Elam, J.) |
| 12/29/1986 | | Continued until January 13, 1987 |
| 01/13/1987 | | Continued until February 04, 1987 for trial assignment. Rule 36 to |
| 01/13/1987 | | toll by agreement. |
| 02/04/1987 | 81 | Motion by Commonwealth: for Discovery of Medical Tests, filed and |
| 02/04/1987 | 81 | allowed. By the Court, (J.P. Sullivan, J.) |
| 02/04/1987 | 82 | Order: That Sabin and Mark Laboratories are ordered to furnish the |

| 02/04/1987 | 82 | Assistant District Attorney, Hardoon, legible copies and to make |
| 02/04/1987 | 82 | available for inspection all originals of all medical records and |
| 02/04/1987 | 82 | test of defendant. Filed in Court, By the Court, (J.P. Sullivan, J.) |
| 02/04/1987 | | Continued until April 20, 1987 for further conference and June 1, |
| 02/04/1987 | | 1987 trial. |
| 02/04/1987 | | Defendant's Motion (P#68) motion is allowed additional three hundred |
| 02/04/1987 | | dollars. By the Court, (J.P. Sullivan, J.) |
| 09/02/1987 | 83 | Motion by Deft: for Additional Funds for Expert Witness. |
| 09/02/1987 | 84 | Motion by Deft: for Additional Funds for Testimony of Expert Witness. |
| 09/02/1987 | 85 | Defendant files motion for continuance, with Affidavit in Support |
| 09/02/1987 | 85 | thereof attached. |
| 09/08/1987 | | Defendant's Motion (P#83) is allowed, not to exceed fifteen hundred |
| 09/08/1987 | | dollars (1,500.) By the Court, (J.P. Sullivan, J.) |
| 09/08/1987 | | Defendant's Motion (P#85) is allowed after hearing. (J.P. Sullivan, |
| 09/08/1987 | | J.) |
| 09/08/1987 | 86 | Motion by Deft: for Summons Pursuant to G.L.Ch.277, section 66, |
| 09/08/1987 | 86 | motion is filed and allowed. (J.P. Sullivan, J.) |
| 09/08/1987 | | Continued until October 13, 1987 for trial, rule 36 to toll. |
| 09/18/1987 | 87 | Motion by Deft: for Discovery of Reports and Notes of Commonwealth |
| 09/18/1987 | 87 | Witness with Affidavit in Support thereof attached, filed in Court |
| 09/18/1987 | 87 | and taken under advisement. (J.P. Sullivan, J.) |
| 09/18/1987 | 88 | Motion by Deft: to Have defendant transported under Guard to the |
| 09/18/1987 | 88 | Children's Hospital for Purpose of Testing, filed in Court and |
| 09/18/1987 | 88 | allowed after hearing. By the Court, (J.P. Sullivan, J.) |
| 09/18/1987 | 89 | Motion by Commonwealth: to Compel Defendant to Submit to Examination |
| 09/18/1987 | 89 | by Independent Psychiatrist, filed and allowed. (J.P. Sullivan, J.) |
| 09/18/1987 | 90 | Motion by Commonwealth: for Defendant's Psychiatric Records, filed |
| 09/18/1987 | 90 | and allowed as to in camera inspection. (J.P. Sullivan, J.) |
| 09/18/1987 | 91 | Order Compelling Defendant to Submit to Examination by Independent |
| 09/18/1987 | 91 | Psychiatrist Filed in Court. By the Court, (J.P. Sullivan, J.) |
| 09/29/1987 | 92 | Motion by Deft: to Have Counsel Present During Psychiatric Interview, |
| 09/29/1987 | 92 | filed in Court. |
| 09/30/1987 | | Defendant's Motion (P#92) denied after hearing. (J.P. Sullivan, J.) |
| 10/07/1987 | 93 | Habeas corpus to receive issued. |
| 10/09/1987 | 94 | Habeas Corpus returned with service endorsed thereon. |
| 10/09/1987 | 95 | Motion by Deft: for Funds for Testimony of Expert Witness, filed in |
| 10/09/1987 | 95 | Court and allowed not to exceed $1,600. (J.P. Sullivan, J.) |
| 10/09/1987 | 96 | Motion by Deft: to Have Jurors Complete Confidential Questionnaire |
| 10/09/1987 | 96 | Prior to Jury Selection, filed in Court. |
| 10/09/1987 | | Defendant's Motion (P#96) denied. (J.P. Sullivan, J.) |
| 10/09/1987 | 97 | Motion by Deft: for Disclosure of Psychiatric Report of Dr. Martin J. |
| 10/09/1987 | 97 | Kelly, filed in Court. |
| 10/09/1987 | 98 | Motion by Deft: for Defense Experts to Examine Exhibits and Medical |
| 10/09/1987 | 98 | Records, Filed in Court and Allowed. (J.P. Sullivan, J.) |

AOTC Information Center                Page 9 of 14

Case 1:05-cv-11103-PBS  Document 10-2  Filed 07/06/2005  Page 9 of 14

| 10/09/1987 | 99 | Motion by Deft: for Psychiatric Examination by Defense Psychiatrist, |
| 10/09/1987 | 99 | Filed in Court and Allowed. (J.P. Sullivan, J) |
| 10/09/1987 | 100 | Motion by Deft: for Voir Dire Under Ch.234, Sec. 28 and Rule 20(b), |
| 10/09/1987 | 100 | Filed in Court. |
| 10/09/1987 | 101 | Commonwealth files Voir Dire Question, filed in Court. |
| 10/09/1987 | | Defendant committed into custody of Sheriff. Mittimus issued. |
| 10/13/1987 | 102 | Motion by Deft: for Disclosure of Basis of Opinion of Commonwealth's |
| 10/13/1987 | 102 | Psychiatrist, with Affidavit in Support thereof attached, filed in |
| 10/13/1987 | 102 | Court. |
| 10/14/1987 | 103 | Motion by Deft: in Limine, filed in Court. |
| 10/14/1987 | 104 | Motion by Deft: for Directed Finding, filed this day in Court and |
| 10/14/1987 | 104 | Denied. By the Court, (J.P. Sullivan, J.) |
| 10/16/1987 | 105 | Motion by Deft: for Conduct of Scientific Demonstration, Filed in |
| 10/16/1987 | 105 | Court. The within Motion is Denied. (J.P. Sullivan, J.) |
| 10/16/1987 | 106 | Affidavit of Bruce T. MacDonald, filed in Court. |
| 10/16/1987 | 107 | Order: that the Massachusetts General Hospital provide a copy of the |
| 10/16/1987 | 107 | full medical records and tests of Defendant. Filed in Court. By the |
| 10/16/1987 | 107 | Court, (J.P. Sullivan, J.) |
| 10/16/1987 | 108 | Order: that the Somerville Hospital provide a sealed copy of the full |
| 10/16/1987 | 108 | medical records of defendant. Filed in Court. By the Court, (J.P. |
| 10/16/1987 | 108 | Sullivan, J.) |
| 10/16/1987 | 109 | Defendant's Request for Instructions, filed in Court. |
| 10/19/1987 | | After being sworn and before the court charge and deliberation, juror |
| 10/19/1987 | | #7-07 Robert Domnitz is excused by the court. After the court's |
| 10/19/1987 | | charge, juror 1-02 Gayle Kelley, and before deliberation, is drawn as |
| 10/19/1987 | | the alternative juror. |
| 10/20/1987 | 110 | Verdict -- Guilty -- Murder in the First Degree. Commonwealth |
| 10/20/1987 | 110 | moves for sentence. Custody ordered revoked. |
| 10/20/1987 | | Defendant sentenced to Massachusetts Correctional Institution -- |
| 10/20/1987 | | Cedar Junction For a term of Life. This sentence is deemed by the |
| 10/20/1987 | | Court to have commenced on _____. The defendant having been in |
| 10/20/1987 | | confinement 2341 days. Mittimus issued. By the Court, (J.P. Sullivan, |
| 10/20/1987 | | J.) |
| 10/20/1987 | | Defendant notified of his right to appeal this conviction within |
| 10/20/1987 | | thirty days of this date. Attested copy of indictment sent to the |
| 10/20/1987 | | Superintendent of the Massachusetts Correctional Institution, Cedar |
| 10/20/1987 | | Junction. |
| 10/21/1987 | 111 | Defendant's Notice of Appeal. |
| 10/27/1987 | | Notice sent to J.P. Sullivan, J. and L.E. Hardoon, Assistant District |
| 10/27/1987 | | Attorney. |
| 10/27/1987 | | Court Reporter, Lois Bulger, notified to prepare one copy of the |
| 10/27/1987 | | transcript of Evidence. Impanelment, pleadings, trial, verdict and |
| 10/27/1987 | | sentencing. October 9, 13, 14, 15, 16, 19 and 20, 1987. |
| 10/27/1987 | 112 | Mittimus - Massachusetts Correctional Institution, Cedar Junction, |

| 10/27/1987 | 112 | returned with service endorsed thereon. |
| 05/12/1988 | 113 | Two sets, seven volumes in each set of the Transcript of Evidence |
| 05/12/1988 | 113 | delivered to the office of the Clerk of Courts this day. (October 9, |
| 05/12/1988 | 113 | 13, 14, 15, 16, 19, 20, 1987-Lois Bulger Court Reporter.) |
| 05/19/1988 | 114 | Notice of Assembly of Record; two (2) certified copies of docket |
| 05/19/1988 | 114 | entries, two sets of the Transcript of Evidence and List of Exhibits |
| 05/19/1988 | 114 | sent to the Clerk of the Supreme Judicial Court this day. |
| 05/19/1988 | | Notice of Assembly of record sent to Carol A. Donovan, Esq. and |
| 05/19/1988 | | Scott Harshsbarger, District Attorney |
| 11/20/1989 | | Motion to Stay Appeal Pending Decision on Defendant's Motion for New |
| 11/20/1989 | | Trial, filed in S. J. C. |
| 07/09/1990 | 115 | Order: it is ordered that the Stay of Appeal is Granted until final |
| 07/09/1990 | 115 | action has been taken in the Superior Court on the defendant's Motion |
| 07/09/1990 | 115 | for New Trial. It is further ordered that pursuant to G. L. C. 211, |
| 07/09/1990 | 115 | S.4A the above defendant's Motion for New Trial is transferred to the |
| 07/09/1990 | 115 | Superior Court for the County of Middlesex for Determination. By the |
| 07/09/1990 | 115 | Court, (Wilkins, J.) |
| 02/27/1991 | 116 | Motion by Deft: for State payment of Extra Fees and Costs, filed in |
| 02/27/1991 | 116 | Court and Allowed (Sullivan, J.) |
| 05/01/1991 | 117 | Affidavit of Attorney David Skeels |
| 05/08/1991 | 118 | Commonwealth files Proposed Findings of Fact and Rulings of Law |
| 05/08/1991 | 118 | Regarding the Defendant's Motion for a New Trial. |
| 11/15/1991 | | Motion by Deft: for a New Trial, filed in the Supreme Judicial Court |
| 11/15/1991 | | on Nov. 20, 1989. Notice to Judge Sullivan and District Attorney |
| 12/08/1992 | 119 | Memorandum of Opinion Denying the Defendant's Motion for a New Trial, |
| 12/08/1992 | 119 | By the Court, (J.P. Sullivan, J.) (All parties notified) |
| 01/07/1993 | 120 | Barr Reporting notified to prepare Transcript of the Evidence on |
| 01/07/1993 | 120 | hearing, held April 10, 1991 at Dedham Before Judge Sullivan. |
| 10/15/1993 | 121 | Two Sets, One Volume in each set of the Transcript of Evidence on |
| 10/15/1993 | 121 | Motion for New Trial, dated April 10, 1991, delivered to the Office |
| 10/15/1993 | 121 | of the Clerk of Courts this day. |
| 10/15/1993 | | Revised copies of docket sheets along with Memorandum of Decision, by |
| 10/15/1993 | | John Paul Sullivan, sent to the Clerk of the Supreme Judicial Court. |
| 10/15/1993 | | Notice sent to John A. Amabile and Thomas Reilly, District Attorney |
| 08/29/1996 | 122 | Ordered: that the following entry be made in the docket; viz., - |
| 08/29/1996 | 122 | There was no error mandating reversal, and the judgments of the |
| 08/29/1996 | 122 | Superior Court, including the judgment of conviction for murder in |
| 08/29/1996 | 122 | the first degree, are affirmed. By the Court, (Jean M. Kenneth, |
| 08/29/1996 | 122 | S.J.C.) 7/31/96 |
| 05/29/1997 | 123 | Motion by Deft: to compel counsel to release defendant's files. |
| 06/12/1997 | | Defendant's Motion (P#123) allowed, By Order of the Court, (R.M. |
| 06/12/1997 | | Graham, R.A.J.) (cert. copy sent to Defn.) |
| 07/31/1997 | 124 | Defendant's motion for new trial with Affidavit in Support thereof |
| 07/31/1997 | 124 | attached. |

| | | |
|---|---|---|
| 07/31/1997 | 125 | Defendant's Motion for appointment of counsel on Motion for New |
| 07/31/1997 | 125 | Trial. (Judge Graham and D.A. notified) |
| 09/09/1997 | | Motion (P#124) denied without a hearing: For the following reasons: |
| 09/09/1997 | | (a) Record is devoid of any evidence that defendant was compelled to |
| 09/09/1997 | | stand trial in identifiable prison clothing; moreover any error in |
| 09/09/1997 | | this case relating to clothing was harmless beyond a reasonable |
| 09/09/1997 | | doubt; (2) This issue of use by the prosecution of Medical and |
| 09/09/1997 | | Scientific Test obtained by defense counsel, and that counsel did not |
| 09/09/1997 | | intend to use at trial has been addressed by the SJC in Com. v. Trapp |
| 09/09/1997 | | and is without merit. (R.M. Graham, J.) both sides notified |
| 09/09/1997 | | Motion (P#125) After review of Affidavit & Motion the Motion is |
| 09/09/1997 | | DENIED W/o a hearing. (R.M. Graham, J.) both sides notified |
| 05/12/1999 | 126 | Assignment of Counsel . Victoria Nadel, Esq. by CPCS |
| 12/13/1999 | 127 | Notice of Docket Entry: You are hereby notified that on Dec. 7, 1999 |
| 12/13/1999 | 127 | the following was entered on the docket: Order allowing request to |
| 12/13/1999 | 127 | remain on docket. (Lynch, J.) (S.J.C.) dated 12/9/99 |
| 12/13/1999 | 128 | Order Allowing Case To Remain On Docket: The request to allow this |
| 12/13/1999 | 128 | case to remain on the docket is hereby allowed. By the Court, (Lynch, |
| 12/13/1999 | 128 | J.) (S.J.C.) dated Dec. 7, 1999 |
| 06/06/2000 | 129 | Motion by Deft: to Obtain Evidence from Trial. |
| 06/06/2000 | 130 | Motion by Deft: to Obtain Funds for Pet Scan & Functional MRI of |
| 06/06/2000 | 130 | Indigent Defendant with Supporting Memorandum. |
| 06/23/2000 | | Defendant's Motion (P#129) allowed. (R. Malcolm Graham, J.) copy sent |
| 06/23/2000 | | to atty & da |
| 06/26/2000 | | Defendant's motion (see #130) set down for hearing & notify |
| 06/26/2000 | | Commonwealth. (R. Malcolm Graham, J.) copy sent to atty. & da |
| 07/14/2000 | 131 | Motion by Deft: to clarify the record regarding evidence from trial & |
| 07/14/2000 | 131 | to obtain evidence from trial. (copy sent to Graham, J.) |
| 07/14/2000 | | Defendant's Motion (P#131) Allowed without a hearing. (R. Malcolm |
| 07/14/2000 | | Graham, J.) copy sent to atty. |
| 07/21/2000 | | Exhibits listed in Motion #131 received by attorney Victoria L. Nadel |
| 07/21/2000 | | this day and witnessed by ADA Thomas D. Ralph. |
| 07/25/2000 | 132 | Copy of letter sent to Dr. Vernon Mark regarding trial exhibits and |
| 07/25/2000 | 132 | evidence - by attorney Nadel. |
| 11/09/2000 | 133 | Commonwealth files Memorandum in Opposition to Defendant's |
| 11/09/2000 | 133 | Post-Conviction, Post-Appeal Motion for Funds. |
| 11/09/2000 | 134 | (11/9/00 as 11/6/00) Supreme Judicial Court Notice of Call of Case |
| 11/09/2000 | 134 | for Dismiss or other Appropriate Order. The above entitled case has |
| 11/09/2000 | 134 | remained upon the docket of the county court for more than six months |
| 11/09/2000 | 134 | without final disposition. Accordingly, pursuant to the court's |
| 11/09/2000 | 134 | Standing Order of February 8, 1972, this case is being called for |
| 11/09/2000 | 134 | dismissal or other appropriate order on November 30, 2000, unless |
| 11/09/2000 | 134 | good cause be shown the court in writing prior thereto. Please note |
| 11/09/2000 | 134 | that the failure of a party or his/her attorney to answer this notice |

| | | |
|---|---|---|
| 11/09/2000 | 134 | may result in dismissal of this matter. (Maura S. Doyle, Clerk) |
| 11/29/2000 | 135 | S.J.C. - Notice of Docket Entry: You are hereby notified that on |
| 11/29/2000 | 135 | 11/29/00, the following was entered on the docket of the above |
| 11/29/2000 | 135 | referenced case: Order allowing request to remain on docket. |
| 11/29/2000 | 135 | (Ireland, J.) |
| 12/05/2000 | 136 | Memorandum of Decision And Order On Defendant's Motion to Obtain |
| 12/05/2000 | 136 | Funds For A Pet Scan and Functional MRI. ORDER For the foregoing |
| 12/05/2000 | 136 | reasons, the defendant's motion to obtain funds for a PET Scan and a |
| 12/05/2000 | 136 | Functional MRI is DENIED. See (P#136) (R. Malcolm Graham, J.) both |
| 12/05/2000 | 136 | sides notified |
| 12/26/2000 | 137 | Motion by Deft: for reconsideration of denial of motion to obtain |
| 12/26/2000 | 137 | funds for Pet scan and functional MRI of indigent defendant. |
| 01/30/2001 | 138 | Motion by Deft: For Written Court Order, Declaration of Him Indigent |
| 01/30/2001 | 138 | with Affidavit of Indigency and Request for Waiver, Substitution or |
| 01/30/2001 | 138 | State Payment of Fees and Costs. (also on cases #81-2949 and |
| 01/30/2001 | 138 | #81-2950) (copy sent to Judge Graham) |
| 02/05/2001 | | Motion (P#138) No action taken, Justice Graham has no jurisdiction |
| 02/05/2001 | | over this matter. (Graham, J.) deft. notified |
| 02/06/2001 | | Motion (P#137) Denied without a hearing (Graham, J.) both sides |
| 02/06/2001 | | notified |
| 02/21/2001 | 139 | Notice of Filing of Motion For Waiver of DNA Fes, G.L.c.22E (Grabau, |
| 02/21/2001 | 139 | RAJ) (copy sent to deft.) (also on cases #81-2949 and 81-2950) |
| 02/21/2001 | 140 | ORDER REGARDING THE ASSESSMENT OF DNA FEES. (Grabau, RAJ) (certified |
| 02/21/2001 | 140 | copy sent to institution) (also on cases #81-2949 and 81-2950) |
| 03/01/2001 | | Inmate Account Summary received from insitution (also on cases |
| 03/01/2001 | | #81-2949 and 81-2950) copy of motion sent to Judge Grabau |
| 03/05/2001 | | Motion (P#138) The defendant's motion is denied as he is not indigent |
| 03/05/2001 | | for purposes of the DNA assessment fee. (Charles M. Grabau, RAJ) |
| 03/05/2001 | | deft. & D.A. notified and certified copy to institution (also on |
| 03/05/2001 | | cases #81-2949 adn 81-2950) |
| 05/03/2001 | 141 | Motion by Deft: for Transport to Mass. General Hosp. to obtain PET |
| 05/03/2001 | 141 | Scan. |
| 06/15/2001 | | Defendant's Motion (P#141) allowed -The defendant is to be |
| 06/15/2001 | | transported to the M.G.H. for the Pet Scan on 6/25/01. Arrangments |
| 06/15/2001 | | are to be finalized by Attorney Nadel on behalf of the defendant. By |
| 06/15/2001 | | the Court, (C. Grabau, Justice of the Superior Court.) Certified copy |
| 06/15/2001 | | to Attorney |
| 06/18/2001 | 142 | Order to Transport Randall Trapp to Massachusetts General Hospital on |
| 06/18/2001 | 142 | June 25, 2001 for Medical Testing. : On the 25th day of June, 2002, |
| 06/18/2001 | 142 | the Mass. Dept. of Corrections is hereby ordered to provide |
| 06/18/2001 | 142 | transportation for Randall Trapp, an inmate at M.C.I., Bridgewater, |
| 06/18/2001 | 142 | Bridgewater, Mass. to Massachusetts General Hospital, Boston, Mass. |
| 06/18/2001 | 142 | for the purposes of a medical test, to with, a PET scan of his brain. |
| 06/18/2001 | 142 | By the Court, Robert A. Mulligan, Justice of the Superior Court. |

| Date | No. | Description |
|---|---|---|
| 06/18/2001 | 142 | (Certified copy given to Attorney) |
| 06/18/2001 | | Habeas Corpus issued to Superintendent, MCI, Bridgewater for 6/25/01 |
| 06/18/2001 | | to transport defendant to Massachusetts General Hospital for PET Scan |
| 06/18/2001 | | of his brain |
| 10/05/2001 | 143 | Defendant's motion for new trial with affidavits in Support thereof |
| 10/05/2001 | 143 | attached thereto (copy sent to Grabau, J. for assignment) |
| 10/17/2001 | 144 | Affidavit of Attorney Victoria Nadel to Correct a Portion of Dr. |
| 10/17/2001 | 144 | Mark's Affidavit. (copy sent to Justice Grabau) |
| 04/19/2002 | 145 | Commonwealth files Memorandum in Opposition to the Defendant's Second |
| 04/19/2002 | 145 | Post-Appeal Motion For a New Trial (copy to Justice Mulligan) |
| 05/02/2002 | 146 | Order of Assignment: The Defendant has filed a Motion for New Trial |
| 05/02/2002 | 146 | in the above Indictment. Justice Robert Mulligan is Assigned to hear |
| 05/02/2002 | 146 | this Matter. (Charles M. Grabau, RAJ) copy to Justice Mulligan |
| 05/02/2002 | | Memorandum To: Justice Mulligan; From: Charles M. Grabau, RAJ; |
| 05/02/2002 | | Subject: Commonwealth v. Randall Trapp (copy to Justice Mulligan) |
| 05/03/2002 | 147 | Defendant's Renewed Request for a Hearing on New Trial Motion (copy |
| 05/03/2002 | 147 | to Justice Mulligan) |
| 05/10/2002 | 148 | Notice of Call of Case For Dismissal or Other Appropriate Order: |
| 05/10/2002 | 148 | Accordingly, pursuant to the court's Standing Order of February 8, |
| 05/10/2002 | 148 | 1972, this case is being called for dismissal or other appropriate |
| 05/10/2002 | 148 | order on May 28, 2002, unless good cause be shown the court in |
| 05/10/2002 | 148 | writing prior thereto. Please note that the failure of a party or |
| 05/10/2002 | 148 | his/her attorney to answer this notice may result in dismissal of |
| 05/10/2002 | 148 | this matter. (Maura S. Doyle, Clerk) (copy to Justice Mulligan) |
| 06/17/2002 | | Notice of Docket Entry: You are hereby notified that on June 13, 2002 |
| 06/17/2002 | | the following was entered on the docket of the above referenced case: |
| 06/17/2002 | | ORDER allowing request to remain on the docket (Cordy,J) |
| 06/27/2002 | 149 | MEMORANDUM AND ORDER ON DEENDANTS MOTION FOR A NEW TRIAL. THE MOTION |
| 06/27/2002 | 149 | FOR A NEW TRIAL IS DENIED WITHOUT A HEARING. WHICH SEE. BY THE |
| 06/27/2002 | 149 | COURT, MULLIGAN, J |
| 07/19/2002 | 150 | Motion by Deft: for Reconsideration (Copy sent to Mulligan, J) |
| 07/19/2002 | 151 | Renewed Motion by Deft: to Obtain Funds for Medical Testing ( Copy |
| 07/19/2002 | 151 | sent to Mulligan, J) |
| 07/19/2002 | 152 | Motion by Deft: for Leave to Amend ( Copy sent to Mulligan, J) |
| 07/19/2002 | 153 | NOTICE of APPEAL FILED by Randall W Trapp (Copy sent to Mulligan, J) |
| 01/21/2003 | | Moton P#150 I have reconsidered the matter and have considered the |
| 01/21/2003 | | attachments to the motion for leave to amend. Dr. Mark's affidavit, |
| 01/21/2003 | | dated July 9, 2002, is too flimsy to provide a basis to change my |
| 01/21/2003 | | ruling denying the motion for a new trial. I specifically refer to |
| 01/21/2003 | | paragraphs 42 and 43 of Dr. Mark's affidavit. Furthermore, I see no |
| 01/21/2003 | | solid reason to approve payment for additional tests. (Mulligan, J.) |
| 01/21/2003 | | Motion (P#151) denied (Mulligan, J.) |
| 01/21/2003 | | Motion (P#152) Allowed (Mulligan, J.) |
| 02/13/2003 | 154 | NOTICE of APPEAL FILED by Randall W Trapp of the Court's denial of |

| 02/13/2003 | 154 | his motion for new trial and denial of funds to hire a medical expert. |
| 02/13/2003 | 155 | Notice of assembly of record; two certified copies of docket entries |
| 02/13/2003 | 155 | and two copies of Memorandum of Decision sent to the Clerk of the |
| 02/13/2003 | 155 | Judicial Appeals Court this day. |
| 02/13/2003 |  | Notice of assembly of record sent to Martha Coakley, District |
| 02/13/2003 |  | Attorney and Victoria L. Nadel, Esq. |
| 05/08/2003 | 156 | Notice of call of case for Dismissal or other appropriate order The |
| 05/08/2003 | 156 | Above-entitled case has remained upon the docket of the county court |
| 05/08/2003 | 156 | for mote than six months without final disposition Accordingly, |
| 05/08/2003 | 156 | pursuant to the courts Standing order of February 8, 1972, this case |
| 05/08/2003 | 156 | is being called for dismissal or other appropriate order on May 29, |
| 05/08/2003 | 156 | 2003 unless good cause be shown the court in writing prior thereto |
| 05/08/2003 | 156 | Please note that the failure of a party or his/her attorney to answer |
| 05/08/2003 | 156 | this notice may result in dismissal of this matter |
| 06/25/2003 | 157 | Notice of Docket Entry: You are hereby notified that on June 23, |
| 06/25/2003 | 157 | 2003, the following was entered on the docket of the above referenced |
| 06/25/2003 | 157 | case: ORDER allowing request to remain on docket (Cowin,J) |
| 04/28/2004 | 158 | Notice of Docket Entry: You are hereby notified that on April 27, |
| 04/28/2004 | 158 | 2004, the following was entered on the docket of the above referenced |
| 04/28/2004 | 158 | case: Memorandum and Decision:... All the defendants motions treated |
| 04/28/2004 | 158 | as an application for leave to appeal to the full court are DENIED |
| 04/28/2004 | 158 | (Cowin,J) |
| 05/26/2004 | 159 | Notice of Docket Entry: You are hereby notified that on May 7, 2004, |
| 05/26/2004 | 159 | the following was entered on the docket of the above referenced case: |
| 05/26/2004 | 159 | MOTION for reconsideration or Rehearing filed by Victoria L Nadel |
| 05/26/2004 | 159 | with attached certificate of service (05-25-04-MOTION for |
| 05/26/2004 | 159 | Reconsideration or Rehearing is DENIED without hearing (Cowin,J) |

## Charges

1 Charges for Docket: MICR1981-02948

| No. | Charge Description: | Indictment: | Status: |
| --- | --- | --- | --- |
| 1 | MURDER c265 s1 |  | Plea of not guilty |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

# Supreme Judicial Court and Appeals Court of Massachusetts
## Public Case Information



⌐ **Home**

▽ **Case Search**
   **Docket Number**
   Involved Party
   Attorney Appearance
   Lower Court
   Lower Court Judge

⌐ **Court Calendars**

⌐ **Help & Site Info**

⌐ **Helpful Links**

⌐ **Privacy Policy**

Bottom >

## SUPREME JUDICIAL COURT
### for Suffolk County
Case Docket

---

### COMMONWEALTH v. RANDALL TRAPP
SJ-1997-0563

---

### CASE HEADER

| | | | |
|---|---|---|---|
| **Case Status** | Decided: petition denied | **Status Date** | 04/27/2004 |
| **Nature** | Gatekeeper c 278 s 33E | **Entry Date** | 10/16/1997 |
| **Sub-Nature** | Mot for New Trial | **Single Justice** | Cowin, J. |
| **TC Ruling** | Motion denied | **TC Ruling Date** | 09/07/1997 |
| **SJ Ruling** | Relief denied | **TC Number** | |
| **Pet Role Below** | Defendant in lower court | **Full Ct Number** | |
| **Lower Court** | Middlesex Superior Court | **Lower Ct Judge** | Robert Malcolm Graham, J. |

---

| INVOLVED PARTY | ATTORNEY APPEARANCE |
|---|---|
| **Randall Trapp** Petitioner | Victoria L. Nadel, Esquire |
| **Commonwealth** Respondent | David W. Cunis, Assistant District Attorney<br>Alexandra T. Camp, Assistant District Attorney |

---

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 10/16/1997 | | Case entered. |
| 10/16/1997 | #1 | Affidavit of Indigency filed. |
| 10/16/1997 | | Filing fee waived. (Per FVK) |
| 10/16/1997 | #2 | Petition for c.278, s33E, filed by Randall Trapp, pro se with Exhibit A-D. |
| 10/16/1997 | #3 | MOTION for Appointment of Counsel filed by Randall Trapp, pro se. |
| 10/16/1997 | #4 | Certificate of service of paper #2-3 filed by Randall Trapp, pro se. |
| 12/03/1997 | | Clerk's note: ADA Cunis called to inquire about filing a response to the gatekeeper petition. I told him to wait until the Court acts on the motion for appointment of counsel to file a response. He will call back in about a month to inquire about the status of that motion. ADA Cunis informed me that the defendant represented himself at the trial court on the motion for new trial. (lca) |
| 12/03/1997 | | Clerk's note: A message was left for Denise Simonini of the Committee for Public Counsel Services to learn the status of the defendant's request for an attorney. (lca) |
| 12/04/1997 | | Clerk's note: A voice mail was left by Denise Simonini indicating |

|  |  |
|---|---|
| | the Committee is still evaluating the request for counsel issue. See SJC-04816. |
| 11/09/1998 #5 | NOTICE: Case called for dismissal per Standing Order of 2/8/72. |
| 11/24/1998 #6 | Letter requesting to remain on docket from Randall Trapp. |
| 11/25/1998 #7 | Letter requesting to remain on docket from Randall Trapp. |
| 12/08/1998 | Clerk's note: Left message for Denise Simonini re: apptmt of counsel. (lca) |
| 12/11/1998 #8 | ORDER allowing request to remain on docket. (Abrams, J.) |
| 12/14/1998 #9 | Notice to counsel, regarding paper number 8 filed. |
| 05/12/1999 | Clerk's note: Atty. Victoria Nadel called re: requesting this court stay any activity on the case until she can review the papers. She may seek reconsideration in the Superior Court on issues that were not presented by the defendant's pro se motion. Atty. Nadel intends to forward a letter to this office with the above information. (lca) |
| 05/13/1999 #10 | Letter to Ms. Doyle from Victoria Nadel "Today I received notice of appointment by the Committee for Public Counsel Services to screen Randell Trapp's gatekeeper motion now pending before the Supreme Judicial Court...I respectfully request that your office inform me if Mr. Trapp's matter is to be called as I believe that if further action is required in this case, the initial pleadings will be filed in the Superior Court..." |
| 11/15/1999 #11 | NOTICE: Case called for dismissal per Standing Order of 2/8/72. |
| 11/22/1999 #12 | Letter requesting to remain on docket from Atty Victoria L. Nadel. |
| 12/07/1999 #13 | ORDER allowing request to remain on docket. (Lynch, J.) |
| 12/09/1999 #14 | Notice to counsel, regarding paper number 13 filed. |
| 11/06/2000 #15 | NOTICE: Case called for dismissal per Standing Order of 2/8/72. |
| 11/22/2000 #16 | Letter requesting to remain on docket from Atty Victoria L. Nadel. |
| 11/29/2000 #17 | ORDER allowing request to remain on docket. (Ireland, J.) |
| 11/29/2000 #18 | Notice to counsel, regarding paper number 17 filed. |
| 10/11/2001 #19 | Amended Motion For New Trial, filed by Victoria L. Nadel. |
| 10/11/2001 #20 | Memorandum In Support Of Amended Motion For New Trial, filed by Victoria L. Nadel with attached Exhibits 1-4. |
| 10/11/2001 #21 | Certificate of service of paper #'s 19-20 for Randall Trapp by Victoria L. Nadel. |
| 05/07/2002 #22 | NOTICE: Case called for dismissal per Standing Order of 2/8/72. |
| 05/13/2002 #23 | Letter requesting to remain on docket from Victoria L. Nadel. |
| 06/13/2002 #24 | ORDER allowing request to remain on docket. (Cordy, J.) |
| 06/13/2002 #25 | Notice to counsel, regarding paper number 24 filed. |
| 05/07/2003 #26 | NOTICE: Case called for dismissal per Standing Order of 2/8/72. |
| 05/15/2003 #27 | Letter requesting to remain on docket from Atty Victoria L. Nadel. |
| 06/23/2003 #28 | ORDER allowing request to remain on docket. (Cowin, J.) |
| 06/23/2003 #29 | Notice to counsel, regarding paper number 28 filed. |
| 07/11/2003 #30 | NOTICE: Effective July 21, 2003, the Clerk's Office of the |

|  |  |  |
|---|---|---|
|  |  | Supreme Judicial Court for Suffolk County will be relocated to One Beacon Street, 4th Floor, Boston, MA 02108. Please note that the telephone numbers and facsimile numbers will remain the same. |
| 12/17/2003 | #31 | Motion To Consolidate, filed by Victoria L. Nadel. |
| 12/17/2003 | #32 | Motion For Hearing Before A Single Justice, filed by Victoria L. Nadel. (03/31/04: Request for Hearing is denied. (Cowin, J.) ) |
| 12/17/2003 | #33 | Memorandum In Support Of Appellant's Motion For Hearing Before A Single Justice, filed by Victoria L. Nadel with Attachments. |
| 12/17/2003 | #34 | Affidavit of Attorney Victoria L. Nadel filed. |
| 12/17/2003 | #35 | Certificate of service of paper #'s 31-34 for Randall Trapp by Victoria L. Nadel. |
| 01/22/2004 | #36 | Letter to Lillian C. Andruszkiewicz from Alexandra T. Camp stating "...I intend to respond...and will do so no later than March 11, 2004..." |
| 03/16/2004 | #37 | Commonwealth's Memorandum Of Law In Response To The Defendant's Pending Motions Before A Single Justice Of The Supreme Judicial Court, filed by Alexandra T. Camp with attached certificate of service. |
| 03/18/2004 | #38 | Attachments to Commonwealth's Memorandum of Law in Response to the Defendant's Pending Motions Before a Single Justice of the Supreme Judicial Court filed by ADA Alexandra Camp. |
| 04/27/2004 | #39 | Memorandum and Decision:...."All the defendant's motions treated as an application for leave to appeal to the full court are DENIED." (Cowin, J.) |
| 04/27/2004 | #40 | Notice to counsel, regarding paper number 39 filed. |
| 05/07/2004 | #41 | MOTION for Reconsideration or Rehearing, filed by Victoria L. Nadel with attached certificate of service. (05/25/04-MOTION for Reconsideration or Rehearing is DENIED without hearing. By the Court (Cowin, J.)) |
| 05/25/2004 | #42 | Notice to counsel, regarding paper number 41 filed. |

< Top                                                      As of 09/03/2004 01:0'

© 2001 RSI                                              (2005-07-06 15:44:08)