UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, MCI Norfolk

YOU ARE COMMANDED to have the body of RANDALL TRAPP now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 25, on the 7th floor, on <u>August 10, 2005</u> at <u>10:00 A.M.</u>, for the purpose of a motion hearing in the case of RANDALL TRAPP v. LUIS SPENCER, Civil Number 05-11103-PBS. And you are to retain the body of said RANDALL TRAPP while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said RANDALL TRAPP to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 9th day of August, 2005.

MARIANNE B. BOWLER
United States Magistrate Judge



SEAL

Sarah Allison Thornton, CLERK

By: /s/DianalynnSaccoccio
    Dianalynn Saccoccio
    Deputy Clerk