UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Randall Trapp,
    Petitioner,

V.

                        CIVIL ACTION: 05-11103-PBS

Luis Spencer,
    Respondent.

## **FINAL JUDGMENT**

SARIS, U.S.D.J.                                      October 24, 2005

      Pursuant to this Court's endorsed order of October 24, 2005, adopting the Magistrate Judge's Report and Recommendation, and dismissing this action, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Respondent, Luis Spencer.

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk