UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDALL TRAPP,<br>    Petitioner<br><br>V.<br><br>LUIS SPENCER, Superintendent at MCI-NORFOLK,<br>    Respondent | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 05-11103-PBS<br>)<br>)<br>) |

**NOTICE OF APPEAL**

The Petitioner hereby appeals the ruling dismissing his petition for habeas corpus rendered in this Honorable Court on October 24, 2005.

 

RANDALL TRAPP
By his attorney,

_/s/ Victoria L. Nadel_
Victoria L. Nadel
8 Winter Street
Boston, MA  02108
(617) 738-0474
BBO#630411