UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDALL TRAPP,<br>    Petitioner<br><br>V.<br><br>LUIS SPENCER, Superintendent at MCI-NORFOLK,<br>    Respondent | Civil Action No.<br>05-11103-PBS |

## MOTION TO CONTINUE IN FORMA PAUPERIS

The Petitioner hereby moves this Honorable Court to continue to permit his case to proceed in forma pauperis throughout the pendency of the appellate process. The petitioner is indigent and has obtained counsel appointed by the Committee for Public Counsel Services. His prior motion to proceed in forma pauperis in this Court was granted.

RANDALL TRAPP
By his attorney,

Victoria L. Nadel
8 Winter Street
Boston, MA 02108
(617) 738-0474
BBO#630411