CERTIFICATE OF SERVICE

Civil Action
05-11103-PBS

I hereby certify that a copy of the within motions and all supporting documents were this day mailed by First Class United States mail to the Commonwealth:

    A.A.G. Susanne G. Reardon
    Office of the Attorney General of Massachusetts
    McCormack Building
    One Ashburton Place
    Boston, MA 02108

Signed under the penalties of perjury, November 17, 2005.

_____
Victoria L. Nadel