# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11103

Randall Trapp

v.

Luis Spencer

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 5, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/6/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11103-PBS

Trapp v. Spencer
Assigned to: Judge Patti B. Saris
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/25/2005
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**

**Randall Trapp**                    represented by **Victoria L. Nadel**
                                                    8 Winter Street
                                                    12th Floor
                                                    Boston, MA 02108
                                                    617-738-0474
                                                    Fax: 617-738-4243
                                                    Email: vlnemail@verizon.net
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Luis Spencer**                     represented by **Susanne G. Reardon**
*Superintendent, MCI - Norfolk*                     Attorney General's Office
                                                    One Ashburton Place
                                                    18th Floor
                                                    Boston, MA 02108
                                                    617-727-2200
                                                    Fax: 617-727-5755
                                                    Email:
                                                    susanne.reardon@ago.state.ma.us
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 64552, filed by Randall Trapp.(Patch, Christine) (Entered: 05/31/2005) |
| 05/25/2005 | 2 | MEMORANDUM in Support by Randall Trapp to 1 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Memo Part 2 of 2)(Patch, Christine) (Entered: 05/31/2005) |
| 05/25/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case |

| | | |
|---|---|---|
| | | to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Patch, Christine) (Entered: 05/31/2005) |
| 05/25/2005 | 3 | MOTION for Leave to Proceed in forma pauperis by Randall Trapp. (Patch, Christine) (Entered: 05/31/2005) |
| 05/25/2005 | 4 | MOTION for Hearing re 1 Petition for writ of habeas corpus (28:2254) by Randall Trapp.(Patch, Christine) (Entered: 05/31/2005) |
| 06/01/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 3 MOTION for Leave to Proceed in forma pauperis by Randall Trapp. (Alba, Robert) (Entered: 06/01/2005) |
| 06/01/2005 | 5 | Judge Patti B. Saris: ORDER entered REFERRING CASE to Magistrate Judge Marianne B. Bowler for Report and Recommendation of Petition for Writ of Habeas Corpus.(Alba, Robert) (Entered: 06/01/2005) |
| 06/08/2005 | 6 | Judge Marianne B. Bowler: Electronic ORDER. Respondent is hereby ORDERED to file an answer to the petition within 20 days of receipt of this Order. Deadline for filing dispositive motion or memorandum in opposition to petition is July 18, 2005.(Feeney, Eileen) (Entered: 06/08/2005) |
| 06/30/2005 | 7 | MOTION for Extension of Time to 7/22/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) by Luis Spencer.(Reardon, Susanne) (Entered: 06/30/2005) |
| 07/01/2005 | 8 | Judge Marianne B. Bowler: ORDER entered. Motion for Enlargement of time, #7 is ALLOWED. Respondent is ordered to file an answer and any dispositive motion or opposition addressing the substantive merits of the petition on or before July 22, 2005.(Feeney, Eileen) (Entered: 07/01/2005) |
| 07/01/2005 | | Motions terminated: 7 Motion for Extension of Time to 7/22/05 to File Answer re 1 Petition for writ of habeas corpus (28:2254) filed by Luis Spencer; Motion terminated in light of ruling dated 7/1/2005, docket entry (8). (Saccoccio, Dianalynn) (Entered: 07/01/2005) |
| 07/06/2005 | 9 | MOTION to Dismiss *habeas corpus petition as time-barred* by Luis Spencer.(Reardon, Susanne) (Entered: 07/06/2005) |
| 07/06/2005 | 10 | MEMORANDUM in Support re 9 MOTION to Dismiss *habeas corpus petition as time-barred* filed by Luis Spencer. (Attachments: # 1 Exhibit docket# 2 Exhibit docket)(Reardon, Susanne) (Entered: 07/06/2005) |
| 07/22/2005 | 11 | Opposition re 9 MOTION to Dismiss *habeas corpus petition as time-barred* filed by Randall Trapp. (Patch, Christine) (Entered: 07/27/2005) |
| 07/22/2005 | 12 | AFFIDAVIT of Victoria L. Nadel re 11 Opposition to Motion to Dismiss by Randall Trapp. (Patch, Christine) (Entered: 07/27/2005) |
| 07/29/2005 | 13 | REPLY to Response to Motion re 9 MOTION to Dismiss *habeas corpus petition as time-barred* filed by Luis Spencer. (Reardon, Susanne) (Entered: 07/29/2005) |

| | | |
|---|---|---|
| 08/08/2005 | ● | NOTICE of Hearing on Motion: 9 Defendant's Motion to Dismiss *Habeas Corpus Petition as Time-Barred*: Motion hearing set for 8/10/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; Counsel have been notified of the hearing by telephone.(Saccoccio, Dianalynn) (Entered: 08/08/2005) |
| 08/09/2005 | ● 14 | Writ of Habeas Corpus Ad Prosequendum issued (Saccoccio, Dianalynn) (Entered: 08/10/2005) |
| 08/10/2005 | ● | Judge Marianne B. Bowler: Electronic ORDER entered finding as moot 4 Motion for Hearing, after hearing. (Bowler, Marianne) (Entered: 08/10/2005) |
| 08/10/2005 | ● | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 8/10/2005; 4 Motion for Hearing 1 Petition for Writ of Habeas Corpus (28:2254) filed by Randall Trapp and 9 Motion to Dismiss *Habeas Corpus Petition as Time-Barred* filed by Luis Spencer; Victoria Nadel for the peitioner who is present in court and Susan Reardon for the deft.; The court hears argument on docket entry # 9 and takes the matter under advisement; The court addresses counsel for the petitioner regarding docket entry # 4 and makes a ruling in open court. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/11/2005) |
| 09/26/2005 | ● 15 | Judge Marianne B. Bowler: ORDER entered. REPORT AND RECOMMENDATION RE 9 MOTION to Dismiss *habeas corpus petition as time-barred* filed by Luis Spencer, Recommendation: ALLOWED and petition is DISMISSED. Objections to R&R due by 10/11/2005(Feeney, Eileen) Additional attachment(s) added on 9/26/2005 (Feeney, Eileen). (Entered: 09/26/2005) |
| 09/26/2005 | ● | Correction made to Docket Entry 15. (Feeney, Eileen) (Entered: 09/26/2005) |
| 09/27/2005 | ● | Judge Marianne B. Bowler no longer assigned to case. (Feeney, Eileen) (Entered: 09/27/2005) |
| 10/06/2005 | ● 16 | OBJECTION to 15 Report and Recommendations filed by Randall Trapp. (Patch, Christine) (Entered: 10/12/2005) |
| 10/24/2005 | ● | Judge Patti B. Saris: ElectronicORDER entered adopting 15 REPORT AND RECOMMENDATION RE 9 MOTION to Dismiss habeas corpus petition as time-barred. "The Court adopts the report and recommendation and dismisses the habeas petition." (Alba, Robert) (Entered: 10/24/2005) |
| 10/24/2005 | ● 17 | Judge Patti B. Saris: FINAL JUDGMENT entered in favor of Respondent. (Alba, Robert) (Entered: 10/24/2005) |
| 11/18/2005 | ● 18 | NOTICE OF APPEAL as to 17 Judgment by Randall Trapp. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

|  |  | and submitted to the Court of Appeals. Appeal Record due by 12/8/2005. (Patch, Christine) (Entered: 11/29/2005) |
|---|---|---|
| 11/18/2005 | 19 | MOTION for Leave to Appeal in forma pauperis by Randall Trapp. (Patch, Christine) (Entered: 11/29/2005) |
| 11/18/2005 | 20 | Application for Certificate of Appealability by Randall Trapp.(Patch, Christine) (Entered: 11/29/2005) |
| 11/18/2005 | 21 | CERTIFICATE OF SERVICE by Randall Trapp re 20 MOTION for Certificate of Appealability, 18 Notice of Appeal,, 19 MOTION for Leave to Appeal in forma pauperis. (Patch, Christine) (Entered: 11/29/2005) |