UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RANDALL TRAPP,<br>         Petitioner,<br><br>     v.<br><br>LUIS SPENCER, SUPERINTENDENT,<br>MCI-Norfolk,<br>         Respondent. | CIVIL ACTION NO. 05-11103-PBS |

## ORDER DENYING
## CERTIFICATE OF APPEALABILITY

January 3, 2006

Saris, U.S.D.J.

   Pursuant to 28 U.S.C. § 2253(c)(3) and Interim Loc. R. 22.1, I deny a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.  David v. Hall, 318 F.3d 343, 347 (1st Cir.), cert. denied, 540 U.S. 815 (2003).

                                        /s/ Patti B. Saris

                                        _____
                                        PATTI B. SARIS
                                        United States District Judge