UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **RANDALL TRAPP,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | Civil Action No. 05-11103-PBS |
| **LUIS SPENCER,** | ) ) ) | |
| Respondent. | ) ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Luis Spencer in connection with the above-captioned matter.

                                      Respectfully submitted,

                                      THOMAS F. REILLY
                                    Attorney General

                                    /s/ Randall E. Ravitz
                                  Randall E. Ravitz (BBO # 643381)
                                  Assistant Attorney General
                                  Criminal Bureau
                                  One Ashburton Place
                                  Boston, Massachusetts  02108
                                  (617) 727-2200, ext. 2852

Dated:  June 28, 2006

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below. In particular, a paper copy has been served by first-class mail, postage prepaid, on the date set forth below upon:

    John M. Thompson, Esq.
    Suite 320
    1331 Main Street
    Springfield, MA  01103

    *Petitioner's counsel on appeal*

Dated: June 28, 2006                                      /s/ Randall E. Ravitz
                                                                      Randall E. Ravitz