UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-2827

USDC Docket Number : 05-cv-11103

Randall Trapp

v.

Luis Spencer

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

15 & Exhibit 1, 8 & Medical Records

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 13, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
    Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/13/7 .

_____
Deputy Clerk, US Court of Appeals

- 3/06