# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-11103 Massachusetts (B) P. Saris]*

No. 05-2827

RANDALL TRAPP,

Petitioner, Appellant,

v.

LUIS SPENCER,
Superintendent, MCI -- Norfolk,

Respondent, Appellee.

**MANDATE**

**JUDGMENT**

Entered: March 1, 2007

*[stamp: FILED IN CLERK'S OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2007 MAR -1 P 2:48]*

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of Randall Trapp's petition for habeas corpus is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 3.26.07

By the Court:
Richard Cushing Donovan, Clerk

*[signature]*
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Thompson, Ms. Reardon, & Mr. Ravitz.]